CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

WILLIAM TERRELL SHAW

Plaintiff(s)

22-cv-02162-JMC

Civil Action No. _____

vs.

SEMIRA NEGASI et al

Defendant(s)

## AFFIDAVIT OF MAILING

I, _____, hereby state that:

On the _____ day of _____, _____, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. _____ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the _____ day of _____, _____.

I declare under penalty of perjury that the foregoing is true and correct.

_____        _____
(Date)                          (Signature)

**RECEIVED**

SEP 15 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia











# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210350000231287335

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:40 pm on September 12, 2022 in WASHINGTON, DC 20004.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Front Desk/Reception/Mail Room

September 12, 2022 at 1:40 pm
WASHINGTON, DC 20004

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

See Less ∧

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210350000231287342

Remove ✕

Your item was picked up at a postal facility at 4:58 am on September 13, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 13, 2022 at 4:58 am
WASHINGTON, DC 20530

Get Updates ⌄

Text & Email Updates   ⌄

Tracking History   ⌄

USPS Tracking Plus®   ⌄

Product Information   ⌄

See Less ⌃

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210350000231287298

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:22 pm on September 10, 2022 in WASHINGTON, DC 20016.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Front Desk/Reception/Mail Room

September 10, 2022 at 1:22 pm
WASHINGTON, DC 20016

Get Updates ∨

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

See Less ∧